A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on May 04, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 19, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

C 10-1180 MHP

(SEE ATTACHED SCHEDULE)

MDL No. 875

FILED
MAY 11 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONDITIONAL TRANSFER ORDER (CTO-334)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,193 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 5-5-2010

ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                              MDL No. 875

### SCHEDULE CTO-334 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #      CASE CAPTION**

**ALABAMA NORTHERN**
~~ALN    2    10-944~~       ~~Kris M. Childers, etc. v. Long-Lewis, Inc., et al.~~ Opposed 4/28/10

**CALIFORNIA CENTRAL**
CAC    2    10-494       Maria Kovary, et al. v. Honeywell International, Inc., et al.
CAC    2    10-2313      Helena Rieniets, et al. v. A.O. Smith Corp., et al.
CAC    2    10-2514      Dr. Robert Houchin, et al. v. A.W. Chesterton Co., et al.

**CALIFORNIA NORTHERN**
CAN    3    10-1180      John Lambase v. Northrop Grumman Shipbuilding, Inc.
CAN    3    10-1181      Robin Shropshire, et al. v. General Dynamics Corp., et al.
CAN    4    10-1398      Timothy Culver, et al. v. Kaiser Ventures, LLC, et al.

**DISTRICT OF COLUMBIA**
DC     1    10-351       John M. Tyler, et al. v. Alfa Laval, Inc., et al.

**DELAWARE**
DE     1    09-586       Joanne Lane v. Aldrich Co. Boilers, et al.

**FLORIDA SOUTHERN**
FLS    1    10-20401     Robert P. Bullion, etc. v. J.C. Penney Co., Inc., et al.

**ILLINOIS NORTHERN**
ILN    1    09-7892      Susan T. Gehrke v. Alcoa, Inc., et al.

**INDIANA NORTHERN**
INN    2    10-72        Ray Martin v. CBS Corp., et al.
INN    2    10-73        Teola T. Lucas v. CBS Corp., et al.

**SOUTH CAROLINA**
SC     2    09-3048      James Bouchillon, et al. v. A.W. Chesterton Co., et al.
SC     2    10-343       Jammie C. Tyndall, et al. v. Christopher H. Willis, et al.
SC     6    10-706       Darrell Crowe, etc. v. 3M Co., et al.

**MDL No. 875 - Schedule CTO-334 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A.# | CASE CAPTION |
|---|---|---|---|
| VIRGINIA EASTERN | | | |
| VAE | 2 | 09-9647 | Gary D. Angle v. American Standard, Inc., et al. |
| VAE | 2 | 09-9648 | John A. Barnard v. American Standard, Inc., et al. |
| VAE | 2 | 09-9649 | Earl W. Birchfield v. American Standard, Inc., et al. |
| VAE | 2 | 09-9650 | Jonah L. Birdwell v. American Standard, Inc., et al. |
| VAE | 2 | 09-9651 | James R. Boso v. American Standard, Inc., et al. |
| VAE | 2 | 09-9652 | Lynn L. Landis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9653 | Arnold R. Lunsford v. American Standard, Inc., et al. |
| VAE | 2 | 09-9654 | Honas H. Richards v. American Standard, Inc., et al. |
| VAE | 2 | 09-9655 | Herman W. Schaekel v. American Standard, Inc., et al. |
| VAE | 2 | 09-9656 | Travor P. Thomas v. American Standard, Inc., et al. |
| VAE | 2 | 09-9657 | Andrew C. Shores v. American Standard, Inc., et al. |
| VAE | 2 | 10-9681 | Charles Curry v. Air & Liquid Systems Corp., et al. |
| VAE | 2 | 10-9682 | Charles Curry v. Air & Liquid Systems Corp., et al. |
| WISCONSIN EASTERN | | | |
| WIE | 2 | 10-156 | Daniel Ahnert, et al. v. CBS Corp., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-334) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule included in this mailing. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey
MDL Docketing Clerk

Enclosure